UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-22758-CIV-UNGARO/OTAZO-REYES

THOMAS MARENGO,
KEVIN MURRAY, and
ARMANDO VARONA,

    Plaintiffs,

v.

DOORMAN'S PRIVATE RIDE SERVICE, INC.,
EXECUTIVE LIMOUSINE SERVICE, INC.,
and ASSOCIATED LIMOUSINE, INC.,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon Defendants Doorman's Private Ride Service, Inc., Executive Limousine Service, Inc., and Associated Limousine, Inc.'s ("Defendants") Motion to Compel Better Responses to Interrogatories and Request for Admissions (hereafter, "Motion to Compel") [D.E. 46]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Ursula Ungaro, United States District Judge [D.E. 47]. The undersigned held a hearing on this matter on January 14, 2016. In accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED that the Motion to Compel [D.E. 46] is DENIED subject to the following:

    (1) Plaintiffs have agreed to provide better answers to Request for Production No. 22;

        they shall do so within **20 days** from the date of this Order.

(2) Plaintiffs shall immediately issue a subpoena for the deposition of Joe Nagy ("Mr. Nagy"). Plaintiffs shall have **14 days** after Mr. Nagy's deposition to either acknowledge the accuracy of Exhibit A to Defendants' Request for Admission or give a reason why it is not accurate.

(3) Defendants shall share the scanned receipts produced by Plaintiffs, and Plaintiffs shall mark the receipts for which they claim to be entitled to reimbursement, ahead of the deposition.

DONE AND ORDERED in Chambers at Miami, Florida, this 14th day of January, 2016.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Ursula Ungaro
     Counsel of Record