UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-22758-CIV-UU

| | |
|---|---|
| THOMAS GERARD MARENGO, KEVIN ANDREW MURRAY, ARMANDO VARANO, and all others similarly situated under 29 U.S.C. 216(B), | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )<br>) |
| DOORMAN'S PRIVATE RIDE SERVICE, INC. d/b/a EXECUTIVE LIMOUSINE, INC., EXECUTIVE LIMOUSINE SERVICE, INC., ASSOCIATED LIMOUSINE, INC., | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**NOTICE OF ATTORNEY APPEARANCE**

Comes Now Plaintiff, by and through undersigned counsel and hereby files Plaintiff's Notice of Attorney Appearance and in support thereof states as follows:

1. The undersigned, Joshua H. Sheskin. on behalf of the firm J.H. Zidell, P.A., hereby files his notice of appearance.

Respectfully Submitted,

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
 Fax: (305) 865-7167
*Attorneys for Plaintiff*

By:  /s/ Joshua H. Sheskin
Joshua H. Sheskin, Esq.
Jsheskin.jhzidellpa@gmail.com
Florida Bar Number: 93028

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on March 29, 2016.

                                                    J.H. Zidell, P.A.
                                                    300 71st Street, Suite 605
                                                    Miami Beach, Florida 33141
                                                    Tel: (305) 865-6766
                                                    Fax: (305) 865-7167
                                                    *Attorneys for Plaintiff*

                                                    By: /s/ Joshua Sheskin
                                                    Joshua H. Sheskin, Esq.
                                                    Jsheskin.jhzidellpa@gmail.com
                                                    Florida Bar Number: 93028