UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-22758-CIV-OTAZO-REYES

<u>CONSENT CASE</u>

THOMAS MARENGO,
KEVIN MURRAY, and
ARMANDO VARONA,

    Plaintiffs,

v.

DOORMAN'S PRIVATE RIDE SERVICE, INC.,
EXECUTIVE LIMOUSINE SERVICE, INC.,
and ASSOCIATED LIMOUSINE, INC.,

    Defendants.

_____/

<u>ORDER</u>

THIS CAUSE came before the Court upon Defendants Doorman's Private Ride Service, Inc., Executive Limousine Service, Inc., and Associated Limousine, Inc.'s ("Defendants") Motion to Compel Better Responses to Discovery and Court Order (hereafter, "Motion to Compel") [D.E. 66]. The undersigned held a hearing on this matter on March 30, 2016. In accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED that the Motion to Compel [D.E. 66] is GRANTED IN PART as follows:

Within **10 days** from the date of this Order, Plaintiffs shall:

    (1) Serve their pending supplemental discovery responses;

(2) Submit requests for their tax returns for the years 2012, 2013, 2014, and 2015 to the IRS. Upon receipt, Plaintiffs shall produce the tax returns redacted to show only information related to unreimbursed job expenses;

(3) Acknowledge the accuracy of Exhibit A to Defendants' Request for Admission or give a reason why it is not accurate. See Order [D.E. 56].

It is further

ORDERED AND ADJUDGED that the ore tenus Motion to Extend Pretrial Deadlines is GRANTED. All pretrial deadlines are extended by **60 days**. The dates for the Pretrial Conference and Trial remain the same.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of March, 2016.

*Alicia O'Z Reyes*
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:   Counsel of Record